# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tesla*

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-373-056**

**Effective Date of Registration:**
September 26, 2019

**Registration Decision Date:**
October 21, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

- **Title of Group:** Travel Aerial and Event Photographs taken in 2018 by David Oppenheimer
- **Number of Photographs in Group:** 743

- **Individual Photographs:** PC150162.jpg;PC160163.jpg;PC160165.jpg;PC160166.jpg;PC160167.jpg;PC160168.jpg;PC160169.jpg;PC160170.jpg;PC160172.jpg;PC160175.jpg;PC160178.jpg;PC160179.jpg;PC160180.jpg;PC160181.jpg;Pizza_Marthas_Vineyard_p8120339.jpg;Providence_City_Hall_building_5821.jpg;Providence_dsc_5817.jpg;Providence_RI_img_20180811_085949266.jpg;Providence_RIp8110282.jpg;Prudential_Center_atrium_Boston_5709.jpg;Prudential_Center_Boston_aerial_7572.jpg;Prudential_Center_Boston_aerial_7573.jpg;Prudential_Tower_Boston_5695.jpg;Prudential_Tower_entrance_Boston_5700.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7880.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7881.jpg;R44_img_20180815_153118505.jpg;Readville_Yard_Boston_aerial_7391.jpg;Rebecca_and_Marci_p8180724.jpg;Rebecca_USS_Constitution_7243.jpg;Regency_Hills_Community_real_estate_South_Fulton_GA_5055.jpg;Rockland_Trust_Bank_Pavilion_Boston_5365.jpg;Sakonnet_Lighthouse_6677.jpg;Seaview_House_Marina_Stamford_Connecticut_shore_aerial_5152.jpg;Shippan_Point_Stamford_aerial_5165.jpg;Sikorsky_Memorial_Airport_Stratford_aerial_5114.jpg;Six_Flags_Over_Georgia_aerial_5059.jpg;Six_Flags_Over_Georgia_aerial_5060.jpg;Sky_Band_Farm_45_Elm_Street_Canton_MA_mansion_estate_aerial_7384.jpg;South_Station_Boston_7096.jpg;South_Station_Boston_dsc_7087.jpg;Southwest_Airlines_terminal_jets_Atlanta_airport_8468.jpg;Stamford_Connecticut_skyline_aerial_5161.jpg;Stamford_CT_Strawberry_Hill_real_estate_aerial_5147.jpg;Stanford_CT_downtown_aerial_5150.jpg;State_Street_Bank_Building_225_Franklin_Street_aerial_Boston_7477.jpg;Sunlight_on_Ocean_Marthas_Vineyard_6710.jpg;

- **Individual Photographs:** P9070798.jpg;P9070799.jpg;P9070800.jpg;P9070801.jpg;P9070802.jpg;P9070803.jpg;P9070804.jpg;P9070805.jpg;P9070806.jpg;P9070807.jpg;P9070808.jpg;P9070809.jpg;P9070810.jpg;P9070811.jpg;P9070812.jpg;P9070813.jpg;P9070814.jpg;P9070815.jpg;P9070816.jpg;P9070817.jpg;P9070819.jpg;P9070822.jpg;P9070823.jpg;P9070824.jpg;P9070830.jpg;P9070832.jpg;P9070833.jpg;P9070834.jpg;P9070835.jpg;P9070836.jpg;P9070839.jpg;P9070840.jpg;P9070841.jpg;P9070842.jpg;P9070848.jpg;P9070850.jpg;P9070851.jpg;P9070857.jpg;P9070858.jpg;P9070859.jpg;P9070861.jpg;P9070862.jpg;P9070863.jpg;P9070866.jpg;P9070867.jpg;P9070868.jpg;P9070869.jpg;P9070870.jpg;P907087

3.jpg;P9070874.jpg;P9070875.jpg;P9070876.jpg;P9070877.jpg;P9070879.jpg;P9070882.jpg;P9070883.jpg;P9070884.jpg;P9070889.jpg;P9070890.jpg;PC150078.jpg;PC150079.jpg;PC150080.jpg;PC150081.jpg;PC150082.jpg;PC150083.jpg;PC150084.jpg;PC150086.jpg;PC150087.jpg;PC150094.jpg;PC150096.jpg;PC150097.jpg;PC150098.jpg;PC150099.jpg;PC150101.jpg;PC150102.jpg;PC150103.jpg;PC150104.jpg;PC150105.jpg;PC150106.jpg;PC150109.jpg;PC150110.jpg;PC150111.jpg;PC150115.jpg;PC150116.jpg;PC150119.jpg;PC150120.jpg;PC150121.jpg;PC150122.jpg;PC150126.jpg;PC150127.jpg;PC150128.jpg;PC150129.jpg;PC150130.jpg;PC150131.jpg;PC150132.jpg;PC150133.jpg;PC150134.jpg;PC150135.jpg;PC150136.jpg;PC150137.jpg;PC150139.jpg;PC150140.jpg;PC150141.jpg;PC150142.jpg;PC150143.jpg;PC150144.jpg;PC150145.jpg;PC150147.jpg;PC150149.jpg;PC150151.jpg;PC150152.jpg;PC150153.jpg;PC150154.jpg;PC150156.jpg;PC150160.jpg;PC150161.jpg;

- **Individual Photographs:** Massachusetts_State_House_building_5582.jpg;Massachusetts_State_House_building_5588.jpg;Massachusetts_State_House_dsc_5585.jpg;MassBiologics_UMass_campus_Boston_aerial_7410.jpg;Metropolis_Country_Club_golf_course_aerial_8387.jpg;Metropolis_Country_Club_golf_course_aerial_8389.jpg;Millennium Towertemp1_5600-1.jpg;Millennium_Tower_Boston_aerial_7521.jpg;Mission_Hill_neighborhood_real_estate_aerial_Boston_7430.jpg;Mission_Hill_neighborhood_real_estate_aerial_Boston_7431.jpg;MIT_Campus_aerial_Boston_7798.jpg;Museum_of_Fine_Arts_building_Boston_aerial_8152.jpg;New_England_Aquarium_Boston_dsc_5250.jpg;New_England_Aquarium_Boston_dsc_5266.jpg;New_York_State_Lottery_instant_scratch_off_cards_20180817_140230522.jpg;Nickys_Pizzeria_Larchmont_Gino_img_20180818_142336221.jpg;North_End_Boston_aerial_real_estate_8072.jpg;North_End_Boston_aerial_real_estate_8075.jpg;Northeastern_University_campus_aerial_Boston_7437.jpg;Northeastern_University_campus_aerial_Boston_7443.jpg;Northeastern_University_campus_aerial_Boston_8155.jpg;Norwood_Memorial_Airport_7380.jpg;Old_South_Meeting_House_Boston_P8150481.jpg;Old_South_Meeting_House_Chandelier_P8150483.jpg;Old_Stone_Bank_Providence_Rhode_Island_5827.jpg;Omni_Providence_Hotel_5799.jpg;Omni_Providence_Hotel_5813.jpg;One_Financial_Center_building_aerial_Boston_7472.jpg;One_Financial_Center_building_Boston_7126.jpg;One_International_Place_building_aerial_7486.jpg;One_Lincoln_Street_building_Boston_5602.jpg;P6090239.jpg;P6090240.jpg;P6090243.jpg;P6090245.jpg;P6090247.jpg;P6090249.jpg;P6090251.jpg;P6090252.jpg;P6090253.jpg;P6090255.jpg;P6090256.jpg;P6090257.jpg;P6090258.jpg;P6090259.jpg;P6090260.jpg;P6090261.jpg;P6090262.jpg;P6090263.jpg;P9070789.jpg;P9070790.jpg;P9070791.jpg;P9070792.jpg;P9070793.jpg;P9070794.jpg;P9070795.jpg;P9070796.jpg;P9070797.jpg;

- **Individual Photographs:** Jamaica_Plain_VA_Medical_Center_8166.jpg;Jocassee_Dam_Jocassee_Pumped_Storage_Hydro_Station_4993.jpg;John_Adams_Courthouse_building_Boston_5556.jpg;John_Hancock_Tower_Boston_aerial_7553.jpg;John_Hancock_Tower_building_at_night_Boston_5752.jpg;John_Joseph_Moakley_United_States_Courthouse_Boston_5316.jpg;Jones_Beach_aerial_NY_5081.jpg;Jones_Beach_New_York_aerial_5085.jpg;Kendall_Square_Boston_aerial_7852.jpg;Keystone_Building_aerial_Boston_7489.jpg;L_Etoile_Restaurant_Marthas_Vineyard_P8120350.jpg;Lemuel_Shattuck_Hospital_building_aerial_Boston_7417.jpg;Leonard_P_Zakim_Bunker_Hill_Memorial_Bridge_Boston_aerial_8089.jpg;Long_Wharf_Boston_dsc_5277.jpg;Long_Wharf_Boston_dsc_5290.jpg;Lufthansa_Cargo_jet_plane_8455.jpg;Mandarin_Oriental_Boston_building_aerial_7991.jpg;Marthas_Vineyard_img_20180813_234752626_hdr.jpg;Marthas_Vineyard_img_20180814_114222809_hdr.jpg;Marthas_Vineyard_p8120306.jpg;Marthas_Vineyard_p8120324.jpg;Marthas_Vineyard_p8120353.jpg;Marthas_Vineyard_p8120373.jpg;Marthas_Vineyard_p8120392.jpg;Marthas_Vineyard_p8120418.jpg;Marthas_Vineyard_p8120437.jpg



;Marthas_Vineyard_p8120443.jpg;Marthas_Vineyard_p8140457.jpg;Massachusetts_Institute_of_Technology_campus_aerial_7815.jpg;

- **Individual Photographs:** Fenway_Park_stadium_aerial_7604.jpg;Fenway_Park_stadium_aerial_7605.jpg;Fishers_Island_Ferry_District_terminal_building_New_London_CT_8283.jpg;Fishing_Boat_Marthas_Vineyard_6583.jpg;Flagship_Wharf_building_Boston_5436.jpg;Flying_Horse_Carousel_6458.jpg;Forest_Hills_train_station_Boston_aerial_8174.jpg;Forest_Hills_Woodbourne_real_estate_Boston_aerial_7407.jpg;Fort_Hill_Tower_park_Boston_aerialdsc_8161.jpg;General_Dynamics_Electric_Boat_building_75_Eastern_Point_Rd_Groton_CT_8282.jpg;Great_Captains_Island_Long_Island_Sound_aerial_5182.jpg;Greenway_Island_mansion_estate_aerial_Stamfort_5154.jpg;Harborside_Inn_Marthas_Vineyard_P8120411.jpg;Harvard_Business_School_aerial_Boston_7761.jpg;Harvard_Business_School_aerial_Boston_7787.jpg;Harvard_Business_School_aerial_Boston_7789.jpg;Harvard_Stadium_aerial_Boston_7742.jpg;Harvard_Stadium_aerial_Boston_7755.jpg;Harvard_Stadium_aerial_Boston_7772.jpg;Harvard_Stadium_aerial_Boston_7777.jpg;Harvard_University_aerial_7781.jpg;Helicopter_flight_over_Boston_7834.jpg;Hotel_Fairmont_Copley_Plaza_aerial_Boston_7995.jpg;Hyatt_Regency_Boston_Harbor_5388.jpg;Hyatt_Regency_Cambridge_Hotel_Boston_aerial_7677.jpg;Hynes_Convention_Center_building_aerial_Boston_7986.jpg;Intelsat Corporation_aerial_Atlanta_5023.jpg;InterContinental_Boston_building_5206.jpg;InterContinental_Boston_building_5208.jpg;

- **Individual Photographs:** DSC_4839.jpg;DSC_4840.jpg;DSC_4843.jpg;DSC_4844.jpg;DSC_4845.jpg;DSC_4846.jpg;DSC_4853.jpg;DSC_4854.jpg;DSC_4861.jpg;DSC_4862.jpg;DSC_4863.jpg;DSC_4871.jpg;DSC_4872.jpg;DSC_4877.jpg;DSC_4879.jpg;DSC_4880.jpg;DSC_4882.jpg;DSC_4883.jpg;DSC_4884.jpg;DSC_4888.jpg;DSC_4890.jpg;DSC_4892.jpg;DSC_4893.jpg;DSC_4894.jpg;DSC_4895.jpg;DSC_4896.jpg;DSC_4905.jpg;DSC_4915.jpg;DSC_4917.jpg;DSC_4918.jpg;DSC_4919.jpg;DSC_4924.jpg;DSC_4925.jpg;DSC_4926.jpg;DSC_4927.jpg;DSC_4929.jpg;DSC_4936.jpg;DSC_4937.jpg;DSC_4939.jpg;DSC_4940.jpg;DSC_4946.jpg;DSC_4950.jpg;DSC_4955.jpg;DSC_4956.jpg;DSC_4957.jpg;Duke_Energy_Asheville_Plant_aerial_4969.jpg;Dutch_Island_Lighthouse_Jamestown_RI_6953.jpg;Edgartown_Beach_Marthas_Vineyard_P8120329.jpg;Edgartown_Memorial_Wharf_6066.jpg;Electricty_transmission_lines_Metro_North_8307.jpg;Elysian_luxury_yacht_aerial_7499.jpg;Eurocopter_AS_350_B3_helicopter_7371.jpg;Fairfield_CT_aerial_real_estate_beaches_5124.jpg;Fairmount_Hill_real_estate_aerial_Boston_MA_7395.jpg;Fenway_Park_aerial_Boston_7591.jpg;Fenway_Park_aerial_Boston_7597.jpg;Fenway_Park_stadium_aerial_7598.jpg;Fenway_Park_stadium_aerial_7601.jpg;

- **Individual Photographs:** DSC_4532.jpg;DSC_4535.jpg;DSC_4539.jpg;DSC_4540.jpg;DSC_4555.jpg;DSC_4557.jpg;DSC_4558.jpg;DSC_4570.jpg;DSC_4573.jpg;DSC_4586.jpg;DSC_4601.jpg;DSC_4630.jpg;DSC_4631.jpg;DSC_4650.jpg;DSC_4651.jpg;DSC_4656.jpg;DSC_4657.jpg;DSC_4660.jpg;DSC_4663.jpg;DSC_4672.jpg;DSC_4676.jpg;DSC_4677.jpg;DSC_4678.jpg;DSC_4682.jpg;DSC_4683.jpg;DSC_4686.jpg;DSC_4687.jpg;DSC_4691.jpg;DSC_4692.jpg;DSC_4694.jpg;DSC_4695.jpg;DSC_4696.jpg;DSC_4697.jpg;DSC_4698.jpg;DSC_4699.jpg;DSC_4700.jpg;DSC_4701.jpg;DSC_4702.jpg;DSC_4703.jpg;DSC_4704.jpg;DSC_4705.jpg;DSC_4709.jpg;DSC_4710.jpg;DSC_4711.jpg;DSC_4713.jpg;DSC_4716.jpg;DSC_4722.jpg;DSC_4723.jpg;DSC_4725.jpg;DSC_4727.jpg;DSC_4728.jpg;DSC_4731.jpg;DSC_4733.jpg;DSC_4735.jpg;DSC_4741.jpg;DSC_4743.jpg;DSC_4744.jpg;DSC_4746.jpg;DSC_4747.jpg;DSC_4748.jpg;DSC_4749.jpg;DSC_4750.jpg;DSC_4751.jpg;DSC_4752.jpg;DSC_4753.jpg;DSC_4758.jpg;DSC_4759.jpg;DSC_4760.jpg;DSC_4761.jpg;DSC_4762.jpg;DSC_4768.jpg;DSC_4769.jpg;DSC_4770.jpg;DSC_4773.jpg;DSC_4775.jpg;DSC_4776.jpg;DSC_4777.jpg;DSC_4778.jpg;DSC_4779.jpg;DSC_4780.jpg;

DSC_4781.jpg;DSC_4782.jpg;DSC_4783.jpg;DSC_4784.jpg;DSC_4786.jpg; DSC_4787.jpg;DSC_4788.jpg;DSC_4789.jpg;DSC_4790.jpg;DSC_4791.jpg; DSC_4792.jpg;DSC_4793.jpg;DSC_4795.jpg;DSC_4796.jpg;DSC_4797.jpg; DSC_4798.jpg;DSC_4799.jpg;DSC_4801.jpg;DSC_4803.jpg;DSC_4805.jpg; DSC_4806.jpg;DSC_4807.jpg;DSC_4808.jpg;DSC_4809.jpg;DSC_4810.jpg; DSC_4813.jpg;DSC_4814.jpg;DSC_4815.jpg;DSC_4816.jpg;DSC_4818.jpg; DSC_4819.jpg;DSC_4820.jpg;DSC_4823.jpg;DSC_4832.jpg;DSC_4834.jpg; DSC_4835.jpg;

- **Individual Photographs:** City_of_Boston_skyline_5531.jpg;Claiborne_Pell_Newport_Bridge_6981.jpg; Clouds_over_Atlanta_5066.jpg;Copley_Place_mall_building_aerial_8033.jpg; Country_Club_of_New_Canaan_golf_course_aerial_5139.jpg;Country_Club_of_New_Canaan_golf_course_aerial_5141.jpg;Custom_House_Block_Boston_5308.jpg;Custom_House_Tower_Financial_District_Boston_aerial_7510.jpg; Dad_and_Gino_Nickys_img_20180818_142814598.jpg;Dad_boat_p8180732.jpg;Dad_boat_p8180753.jpg;DeKalb_County_Water_and_Sewer_Plant_5019.jpg;Delta_Air_Lines_First_Class_img_20180819_175615691.jpg; Delta_Sky_Club_img_20180819_204946177_ll.jpg;Distrigas_of_Massachusetts_Boston_aerial_8098.jpg;Dominion_Millstone_Power_Station_Waterford_CT_8318.jpg;Dorchester_Boston_neighborhood_real_estate_aerial_7422.jpg;Downtown_Boston_dsc_7185.jpg;DSC_4385.jpg;DSC_4389.jpg;DSC_4391.jpg; DSC_4396.jpg;DSC_4398.jpg;DSC_4399.jpg;DSC_4400.jpg;DSC_4401.jpg; DSC_4402.jpg;DSC_4407.jpg;DSC_4408.jpg;DSC_4413.jpg;DSC_4421.jpg; DSC_4422.jpg;DSC_4423.jpg;DSC_4425.jpg;DSC_4430.jpg;DSC_4433.jpg; DSC_4434.jpg;DSC_4435.jpg;DSC_4443.jpg;DSC_4449.jpg;DSC_4452.jpg; DSC_4470.jpg;DSC_4484.jpg;DSC_4496.jpg;DSC_4497.jpg;DSC_4503.jpg; DSC_4505.jpg;DSC_4512.jpg;DSC_4513.jpg;DSC_4515.jpg;DSC_4516.jpg; DSC_4521.jpg;DSC_4522.jpg;DSC_4523.jpg;DSC_4524.jpg;DSC_4525.jpg; DSC_4529.jpg;DSC_4530.jpg;

- **Individual Photographs:** Boston_Downtown_Panorama_7526.jpg;Boston_Downtown_Panorama_7625.jpg;Boston_downtown_skyline_7917.jpg;Boston_Garden_arena_5469.jpg;Boston_Harbor_dsc_5296.jpg;Boston_Harbor_Tour_p8100276.jpg;Boston_Leather_District_aerial_7921.jpg;Boston_Logan_International_Airport_aerial_7495.jpg;Boston_Logan_International_Airport_Delta_terminal_aerial_7493.jpg;Boston_MA_skyline_aerial_7554.jpg;Boston_Old_City_Hall_p8150475.jpg;Boston_Old_South_Meeting_House_p8150490.jpg;Boston_panorama_aerial_8120.jpg;Boston_Quincy_Market_p8150518.jpg;Boston_Skyline_at_Night_5745.jpg;Boston_South_End_aerial_7939.jpg;Boston_Subway_dsc_5680.jpg;Brentwood_High_School_Islip_NY_aerial_5102.jpg;Bridgeport_Harbor_Generating_Station_Bridgeport_aerial_5117.jpg;Brigham_and_Womens_Faulkner_Hospital_building_aerial_8181.jpg;Burke_Rehabilitation_Hospital_aerial_8373.jpg;Burke_Rehabilitation_Hospital_aerial_8375.jpg;Burke_Rehabilitation_Hospital_campus_aerial_8372.jpg;Burroughs_Wharf_building_Boston_5488.jpg;Captree_Island_and_Oak_Beach_aerial_NY_5091.jpg;Charlestown_Navy_Yard_dry_dock_20180815_093201850.jpg;Chart_House_Boston_5300.jpg;Church_of_Christ_Scientist_building_Boston_7610.jpg;City_of_Boston_skyline_5514.jpg;

- **Individual Photographs:** 0314181125d.jpg;0314181125e.jpg;0314181228a.jpg;0314181228c.jpg;0314181228d.jpg;0314181228e.jpg;Alleys_General_Store_mailboxes_Marthas_Vineyard_6036.jpg;Amtrak_Boston_img_20180814_184204583_hdr.jpg;ATL_airport_tarmac_runway_paving_machine_construction_8456.jpg;Atlanta_airport_terminal_Delta_jet_8470.jpg;Atlantic_restaurant_Marthas_Vineyarsd_P8120416.jpg;Back_Bay_Boston_aerial_real_estate_7888.jpg;Back_Bay_Boston_aerial_real_estate_8042.jpg;Battery_Wharf_Hotel_Boston_Waterfront_5421.jpg;Beavertail_Lighthouse_Museum_6825.jpg;Beavertail_Lighthouse_Museum_6831.jpg;Beavertail_Lighthouse_Museum_6848.jpg;Beavertail_Lighthouse_Museum_6862.jpg;Belle_Haven_Greenwich_aerial_5191.jpg



;Belle_Haven_Greenwich_aerial_5194.jpg;Black_Rock_Bridgeport_CT_real_estate_aerial_5121.jpg;BMW_Performance_Center_aerial_Atlanta_5033.jpg;Boston_city_skyline_aerial_7642.jpg;Boston_Common_aerial_7539.jpg;Boston_Common_aerial_7634.jpg;Boston_Common_aerial_7910.jpg;Boston_Common_and_downtown_Boston_skyline_aerial_7636.jpg;Boston_Custom_House_5237.jpg;Boston_Custom_House_5240.jpg;

- **Individual Photographs:** _DSC8911.jpg;_DSC8914.jpg;_DSC8926.jpg;1_Nashua_Street_building_aerial_Boston_8082.jpg;10_Tremont_Street_building_Boston_5563.jpg;28_State_Street_aerial_Boston_7520.jpg;60_State_Street_building_Boston_5231.jpg;99_High_Street_Keystone_Building_Boston_7104.jpg;100_Cambridge_Street_building_Boston_5636.jpg;110_Green_Street_Canton_MA_mansion_estate_7388.jpg;110_Green_Street_Canton_MA_mansion_estate_7390.jpg;111_Huntington_Avenue_Boston_aerial_7570.jpg;119_Sumner_St_building_Boston_5410.jpg;125 Summer Street_building_Boston_7109.jpg;125_High_Street_building_aerial_Boston_7491.jpg;160_Commonwealth_Ave_Boston_aerial_Vendome_7654.jpg;177_Huntington_building_aerial_Boston_7977.jpg;177_Huntington_building_Boston_5694.jpg;500_Boylston_Street_building_aerial_Boston_8004.jpg;0314180039.jpg;0314180039a.jpg;0314180048.jpg;0314180048a.jpg;0314180057.jpg;0314180057a.jpg;0314180102a.jpg;0314180112.jpg;0314180112a.jpg;0314180112b.jpg;0314180112c.jpg;0314180114.jpg;0314180123.jpg;0314180123a.jpg;0314181033.jpg;0314181033a.jpg;0314181033b.jpg;0314181033c.jpg;0314181033d.jpg;0314181119.jpg;0314181119a.jpg;0314181119b.jpg;0314181120.jpg;0314181120a.jpg;0314181120b.jpg;0314181121.jpg;0314181121a.jpg;0314181121b.jpg;0314181121c.jpg;0314181121d.jpg;0314181121e.jpg;0314181121f.jpg;0314181122.jpg;0314181122a.jpg;0314181122b.jpg;0314181125.jpg;0314181125a.jpg;0314181125b.jpg;0314181125c.jpg;

- **Individual Photographs:** Waterfront_real_estate_260_Beavertail_Rd_Jamestown_RI_02835_6899.jpg;Waterfront_real_estate_260_Beavertail_Rd_Jamestown_RI_02835_6906.jpg;Waterfront_real_estate_Jamestown_RI_434_Beavertail_Rd_6886.jpg;West_Roxbury_Crushed_Stone_Co_open_pit_mine_aerial_Boston_8218.jpg;Weston_CT_real_estate_aerial_Held_Pond_5136.jpg;Westport_CT_luxury_real_estate_aerial_5134.jpg;_DSC8702.jpg;_DSC8703.jpg;_DSC8715.jpg;_DSC8719.jpg;_DSC8720.jpg;_DSC8722.jpg;_DSC8727.jpg;_DSC8728.jpg;_DSC8734.jpg;_DSC8736.jpg;_DSC8738.jpg;_DSC8740.jpg;_DSC8741.jpg;_DSC8743.jpg;_DSC8745.jpg;_DSC8746.jpg;_DSC8749.jpg;_DSC8750.jpg;_DSC8755.jpg;_DSC8759.jpg;_DSC8760.jpg;_DSC8763.jpg;_DSC8765.jpg;_DSC8766.jpg;_DSC8767.jpg;_DSC8770.jpg;_DSC8772.jpg;_DSC8774.jpg;_DSC8777.jpg;_DSC8778.jpg;_DSC8779.jpg;_DSC8780.jpg;_DSC8781.jpg;_DSC8782.jpg;_DSC8783.jpg;_DSC8786.jpg;_DSC8787.jpg;_DSC8789.jpg;_DSC8790.jpg;_DSC8791.jpg;_DSC8792.jpg;_DSC8794.jpg;_DSC8797.jpg;_DSC8798.jpg;_DSC8801.jpg;_DSC8802.jpg;_DSC8803.jpg;_DSC8804.jpg;_DSC8805.jpg;_DSC8806.jpg;_DSC8807.jpg;_DSC8808.jpg;_DSC8809.jpg;_DSC8810.jpg;_DSC8811.jpg;_DSC8815.jpg;_DSC8816.jpg;_DSC8817.jpg;_DSC8823.jpg;_DSC8826.jpg;_DSC8827.jpg;_DSC8829.jpg;_DSC8832.jpg;_DSC8836.jpg;_DSC8838.jpg;_DSC8839.jpg;_DSC8840.jpg;_DSC8843.jpg;_DSC8844.jpg;_DSC8855.jpg;_DSC8856.jpg;_DSC8869.jpg;_DSC8876.jpg;_DSC8877.jpg;_DSC8880.jpg;_DSC8881.jpg;_DSC8891.jpg;_DSC8896.jpg;_DSC8899.jpg;_DSC8907.jpg;_DSC8910.jpg;

- **Individual Photographs:** The_Charlotte_Inn_Marthas_Vineyard_P8120387.jpg;The_Exchange_Conference_Center_building_Boston_5368.jpg;The_Omni_Parkerhouse_Boston_img_20180814_224127239.jpg;The_Omni_Parkerhouse_Hotel_Boston_20180811_2657175.jpg;Toots_and_the_Maytals_dsc_6153.jpg;Toots_and_the_Maytals_dsc_6182.jpg;Toots_and_the_Maytals_dsc_6243.jpg;Tremont_On_The_Common_building_aerial_8052.jpg;Twenty_Two

Liberty_building_Boston_5325.jpg;Twenty_Two Liberty_building_Boston_5335.jpg;USS_Constitution_7314.jpg;USS_Constitution_Boston_dsc_7249.jpg;USS_Constitution_Boston_dsc_7268.jpg;USS_Constitution_Boston_dsc_7275.jpg;USS_Constitution_Boston_dsc_7341.jpg;USS_Constitution_dsc_7288.jpg;USS_Constitution_dsc_7301.jpg;USS_Constitution_dsc_7318.jpg;USS_Constitution_Museum_anchor_img_20180815_092914906_hdr.jpg;USS_Constitution_Museum_Boston_dsc_7241.jpg;USS_Constitution_Museum_building_Boston_dsc_7369.jpg;USS_Constitution_Museum_dsc_7368.jpg;USS_Constitution_original_hull_dsc_7273.jpg;USS_Constitution_Rebecca_dsc_7254.jpg;USS_Constitution_Rebecca_dsc_7331.jpg;USS_Constitution_sleeping_deck_7277.jpg;USS_Constitution_War_Billethead_1906_7224.jpg;USS_Constitution_War_Billethead_1906_7225.jpg;Waterfront_real_estate_90_Battery_Ln_Jamestown_RI_02835_6931.jpg;

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** David Oppenheimer
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Oppenheimer
PO Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Name:** David Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Phone:** (828)515-4036
**Address:** PO Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Oppenheimer
**Date:** September 26, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.



Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VAu001373056
**Service Request #:** 1-8102661578



David Oppenheimer
PO Box 8105
Asheville, NC 28814 United States