# Exhibit 3

HARVARD
CRIMSON