# Exhibit 4


