# Exhibit 5





