# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David Oppenheimer

                    Plaintiff,

v.                                                       Case No.: 1:26–cv–00919

                                                                   Honorable LaShonda A. Hunt

Travelsports Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge LaShonda A. Hunt. The parties are ordered to file a Joint Initial Status Report for New Case by 4/6/26. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." A telephonic initial status hearing is set for 4/14/26 at 9:45 AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.