AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:26-cv-00919 | DATE FILED |
| | United Stated District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| David Oppenheimer | Travelsports Inc. et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>V. Miller | DATE<br>1/29/26 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesler*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-373-056

**Effective Date of Registration:**
September 26, 2019
**Registration Decision Date:**
October 21, 2019

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

**Title of Group:** Travel Aerial and Event Photographs taken in 2018 by David Oppenheimer
**Number of Photographs in Group:** 743

- **Individual Photographs:** PC150162.jpg;PC160163.jpg;PC160165.jpg;PC160166.jpg;PC160167.jpg;PC160168.jpg;PC160169.jpg;PC160170.jpg;PC160172.jpg;PC160175.jpg;PC160178.jpg;PC160179.jpg;PC160180.jpg;PC160181.jpg;Pizza_Marthas_Vineyard_p8120339.jpg;Providence_City_Hall_building_5821.jpg;Providence_dsc_5817.jpg;Providence_RI_img_20180811_085949266.jpg;Providence_RIp8110282.jpg;Prudential_Center_atrium_Boston_5709.jpg;Prudential_Center_Boston_aerial_7572.jpg;Prudential_Center_Boston_aerial_7573.jpg;Prudential_Tower_Boston_5695.jpg;Prudential_Tower_entrance_Boston_5700.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7880.jpg;Questrom_School_of_Business_college_campus_aerial_Boston_7881.jpg;R44_img_20180815_153118505.jpg;Readville_Yard_Boston_aerial_7391.jpg;Rebecca_and_Marci_p8180724.jpg;Rebecca_USS_Constitution_7243.jpg;Regency_Hills_Community_real_estate_South_Fulton_GA_5055.jpg;Rockland_Trust_Bank_Pavilion_Boston_5365.jpg;Sakonnet_Lighthouse_6677.jpg;Seaview_House_Marina_Stamford_Connecticut_shore_aerial_5152.jpg;Shippan_Point_Stamford_aerial_5165.jpg;Sikorsky_Memorial_Airport_Stratford_aerial_5114.jpg;Six_Flags_Over_Georgia_aerial_5059.jpg;Six_Flags_Over_Georgia_aerial_5060.jpg;Sky_Band_Farm_45_Elm_Street_Canton_MA_mansion_estate_aerial_7384.jpg;South_Station_Boston_7096.jpg;South_Station_Boston_dsc_7087.jpg;Southwest_Airlines_terminal_jets_Atlanta_airport_8468.jpg;Stamford_Connecticut_skyline_aerial_5161.jpg;Stamford_CT_Strawberry_Hill_real_estate_aerial_5147.jpg;Stanford_CT_downtown_aerial_5150.jpg;State_Street_Bank_Building_225_Franklin_Street_aerial_Boston_7477.jpg;Sunlight_on_Ocean_Marthas_Vineyard_6710.jpg;

- **Individual Photographs:** P9070798.jpg;P9070799.jpg;P9070800.jpg;P9070801.jpg;P9070802.jpg;P9070803.jpg;P9070804.jpg;P9070805.jpg;P9070806.jpg;P9070807.jpg;P9070808.jpg;P9070809.jpg;P9070810.jpg;P9070811.jpg;P9070812.jpg;P9070813.jpg;P9070814.jpg;P9070815.jpg;P9070816.jpg;P9070817.jpg;P9070819.jpg;P9070822.jpg;P9070823.jpg;P9070824.jpg;P9070830.jpg;P9070832.jpg;P9070833.jpg;P9070834.jpg;P9070835.jpg;P9070836.jpg;P9070839.jpg;P9070840.jpg;P9070841.jpg;P9070842.jpg;P9070848.jpg;P9070850.jpg;P9070851.jpg;P9070857.jpg;P9070858.jpg;P9070859.jpg;P9070861.jpg;P9070862.jpg;P9070863.jpg;P9070866.jpg;P9070867.jpg;P9070868.jpg;P9070869.jpg;P9070870.jpg;P907087

3.jpg;P9070874.jpg;P9070875.jpg;P9070876.jpg;P9070877.jpg;P9070879.jpg;
P9070882.jpg;P9070883.jpg;P9070884.jpg;P9070889.jpg;P9070890.jpg;PC15
0078.jpg;PC150079.jpg;PC150080.jpg;PC150081.jpg;PC150082.jpg;PC15008
3.jpg;PC150084.jpg;PC150086.jpg;PC150087.jpg;PC150094.jpg;PC150096.jp
g;PC150097.jpg;PC150098.jpg;PC150099.jpg;PC150101.jpg;PC150102.jpg;P
C150103.jpg;PC150104.jpg;PC150105.jpg;PC150106.jpg;PC150109.jpg;PC15
0110.jpg;PC150111.jpg;PC150115.jpg;PC150116.jpg;PC150119.jpg;PC15012
0.jpg;PC150121.jpg;PC150122.jpg;PC150126.jpg;PC150127.jpg;PC150128.jp
g;PC150129.jpg;PC150130.jpg;PC150131.jpg;PC150132.jpg;PC150133.jpg;P
C150134.jpg;PC150135.jpg;PC150136.jpg;PC150137.jpg;PC150139.jpg;PC15
0140.jpg;PC150141.jpg;PC150142.jpg;PC150143.jpg;PC150144.jpg;PC15014
5.jpg;PC150147.jpg;PC150149.jpg;PC150151.jpg;PC150152.jpg;PC150153.jp
g;PC150154.jpg;PC150156.jpg;PC150160.jpg;PC150161.jpg;

- **Individual Photographs:** Massachusetts_State_House_building_5582.jpg;Massachusetts_State_House_b
uilding_5588.jpg;Massachusetts_State_House_dsc_5585.jpg;MassBiologics_U
Mass_campus_Boston_aerial_7410.jpg;Metropolis_Country_Club_golf_course
_aerial_8387.jpg;Metropolis_Country_Club_golf_course_aerial_8389.jpg;Mill
ennium Towertemp1_5600-
1.jpg;Millennium_Tower_Boston_aerial_7521.jpg;Mission_Hill_neighborhood
_real_estate_aerial_Boston_7430.jpg;Mission_Hill_neighborhood_real_estate_
aerial_Boston_7431.jpg;MIT_Campus_aerial_Boston_7798.jpg;Museum_of_F
ine_Arts_building_Boston_aerial_8152.jpg;New_England_Aquarium_Boston_
dsc_5250.jpg;New_England_Aquarium_Boston_dsc_5266.jpg;New_York_Sta
te_Lottery_instant_scratch_off_cards_20180817_140230522.jpg;Nickys_Pizze
ria_Larchmont_Gino_img_20180818_142336221.jpg;North_End_Boston_aeri
al_real_estate_8072.jpg;North_End_Boston_aerial_real_estate_8075.jpg;North
eastern_University_campus_aerial_Boston_7437.jpg;Northeastern_University_
campus_aerial_Boston_7443.jpg;Northeastern_University_campus_aerial_Bos
ton_8155.jpg;Norwood_Memorial_Airport_7380.jpg;Old_South_Meeting_Ho
use_Boston_P8150481.jpg;Old_South_Meeting_House_Chandelier_P8150483
.jpg;Old_Stone_Bank_Providence_Rhode_Island_5827.jpg;Omni_Providence_
Hotel_5799.jpg;Omni_Providence_Hotel_5813.jpg;One_Financial_Center_bui
lding_aerial_Boston_7472.jpg;One_Financial_Center_building_Boston_7126.j
pg;One_International_Place_building_aerial_7486.jpg;One_Lincoln_Street_bu
ilding_Boston_5602.jpg;P6090239.jpg;P6090240.jpg;P6090243.jpg;P6090245
.jpg;P6090247.jpg;P6090249.jpg;P6090251.jpg;P6090252.jpg;P6090253.jpg;P
6090255.jpg;P6090256.jpg;P6090257.jpg;P6090258.jpg;P6090259.jpg;P60902
60.jpg;P6090261.jpg;P6090262.jpg;P6090263.jpg;P9070789.jpg;P9070790.jpg
;P9070791.jpg;P9070792.jpg;P9070793.jpg;P9070794.jpg;P9070795.jpg;P907
0796.jpg;P9070797.jpg;

- **Individual Photographs:** Jamaica_Plain_VA_Medical_Center_8166.jpg;Jocassee_Dam_Jocassee_Pump
ed_Storage_Hydro_Station_4993.jpg;John_Adams_Courthouse_building_Bost
on_5556.jpg;John_Hancock_Tower_Boston_aerial_7553.jpg;John_Hancock_T
ower_building_at_night_Boston_5752.jpg;John_Joseph_Moakley_United_Stat
es_Courthouse_Boston_5316.jpg;Jones_Beach_aerial_NY_5081.jpg;Jones_Be
ach_New_York_aerial_5085.jpg;Kendall_Square_Boston_aerial_7852.jpg;Key
stone_Building_aerial_Boston_7489.jpg;L_Etoile_Restaurant_Marthas_Viney
ard_P8120350.jpg;Lemuel_Shattuck_Hospital_building_aerial_Boston_7417.j
pg;Leonard_P_Zakim_Bunker_Hill_Memorial
Bridge_Boston_aerial_8089.jpg;Long_Wharf_Boston_dsc_5277.jpg;Long_Wh
arf_Boston_dsc_5290.jpg;Lufthansa_Cargo_jet_plane_8455.jpg;Mandarin_Ori
ental_Boston_building_aerial_7991.jpg;Marthas_Vineyard_img_20180813_23
4752626_hdr.jpg;Marthas_Vineyard_img_20180814_114222809_hdr.jpg;Mart
has_Vineyard_p8120306.jpg;Marthas_Vineyard_p8120324.jpg;Marthas_Vine
yard_p8120353.jpg;Marthas_Vineyard_p8120373.jpg;Marthas_Vineyard_p81
20392.jpg;Marthas_Vineyard_p8120418.jpg;Marthas_Vineyard_p8120437.jpg



;Marthas_Vineyard_p8120443.jpg;Marthas_Vineyard_p8140457.jpg;Massach usetts_Institute_of_Technology_campus_aerial_7815.jpg;

- **Individual Photographs:** Fenway_Park_stadium_aerial_7604.jpg;Fenway_Park_stadium_aerial_7605.jp g;Fishers_Island_Ferry_District_terminal_building_New_London_CT_8283.jp g;Fishing_Boat_Marthas_Vineyard_6583.jpg;Flagship_Wharf_building_Bosto n_5436.jpg;Flying_Horse_Carousel_6458.jpg;Forest_Hills_train_station_Bost on_aerial_8174.jpg;Forest_Hills_Woodbourne_real_estate_Boston_aerial_740 7.jpg;Fort_Hill_Tower_park_Boston_aerialdsc_8161.jpg;General_Dynamics_ Electric_Boat_building_75_Eastern_Point_Rd_Groton_CT_8282.jpg;Great_Ca ptains_Island_Long_Island_Sound_aerial_5182.jpg;Greenway_Island_mansio n_estate_aerial_Stamfort_5154.jpg;Harborside_Inn_Marthas_Vineyard_P8120 411.jpg;Harvard_Business_School_aerial_Boston_7761.jpg;Harvard_Business _School_aerial_Boston_7787.jpg;Harvard_Business_School_aerial_Boston_77 89.jpg;Harvard_Stadium_aerial_Boston_7742.jpg;Harvard_Stadium_aerial_Bo ston_7755.jpg;Harvard_Stadium_aerial_Boston_7772.jpg;Harvard_Stadium_a erial_Boston_7777.jpg;Harvard_University_aerial_7781.jpg;Helicopter_flight_ over_Boston_7834.jpg;Hotel_Fairmont_Copley_Plaza_aerial_Boston_7995.jp g;Hyatt_Regency_Boston_Harbor_5388.jpg;Hyatt_Regency_Cambridge_Hotel _Boston_aerial_7677.jpg;Hynes_Convention_Center_building_aerial_Boston_ 7986.jpg;Intelsat Corporation_aerial_Atlanta_5023.jpg;InterContinental_Boston_building_5206. jpg;InterContinental_Boston_building_5208.jpg;

- **Individual Photographs:** DSC_4839.jpg;DSC_4840.jpg;DSC_4843.jpg;DSC_4844.jpg;DSC_4845.jpg; DSC_4846.jpg;DSC_4853.jpg;DSC_4854.jpg;DSC_4861.jpg;DSC_4862.jpg; DSC_4863.jpg;DSC_4871.jpg;DSC_4872.jpg;DSC_4877.jpg;DSC_4879.jpg; DSC_4880.jpg;DSC_4882.jpg;DSC_4883.jpg;DSC_4884.jpg;DSC_4888.jpg; DSC_4890.jpg;DSC_4892.jpg;DSC_4893.jpg;DSC_4894.jpg;DSC_4895.jpg; DSC_4896.jpg;DSC_4905.jpg;DSC_4915.jpg;DSC_4917.jpg;DSC_4918.jpg; DSC_4919.jpg;DSC_4924.jpg;DSC_4925.jpg;DSC_4926.jpg;DSC_4927.jpg; DSC_4929.jpg;DSC_4936.jpg;DSC_4937.jpg;DSC_4939.jpg;DSC_4940.jpg; DSC_4946.jpg;DSC_4950.jpg;DSC_4955.jpg;DSC_4956.jpg;DSC_4957.jpg; Duke_Energy_Asheville_Plant_aerial_4969.jpg;Dutch_Island_Light_lighthous e_Jamestown_RI_6953.jpg;Edgartown_Beach_Marthas_Vineyard_P8120329.j pg;Edgartown_Memorial_Wharf_6066.jpg;Electricty_transmission_lines_Metr o_North_8307.jpg;Elysian_luxury_yacht_aerial_7499.jpg;Eurocopter_AS_350 _B3_helicopter_7371.jpg;Fairfield_CT_aerial_real_estate_beaches_5124.jpg;F airmount_Hill_real_estate_aerial_Boston_MA_7395.jpg;Fenway_Park_aerial_ Boston_7591.jpg;Fenway_Park_aerial_Boston_7597.jpg;Fenway_Park_stadiu m_aerial_7598.jpg;Fenway_Park_stadium_aerial_7601.jpg;

- **Individual Photographs:** DSC_4532.jpg;DSC_4535.jpg;DSC_4539.jpg;DSC_4540.jpg;DSC_4555.jpg; DSC_4557.jpg;DSC_4558.jpg;DSC_4570.jpg;DSC_4573.jpg;DSC_4586.jpg; DSC_4601.jpg;DSC_4630.jpg;DSC_4631.jpg;DSC_4650.jpg;DSC_4651.jpg; DSC_4656.jpg;DSC_4657.jpg;DSC_4660.jpg;DSC_4663.jpg;DSC_4672.jpg; DSC_4676.jpg;DSC_4677.jpg;DSC_4678.jpg;DSC_4682.jpg;DSC_4683.jpg; DSC_4686.jpg;DSC_4687.jpg;DSC_4691.jpg;DSC_4692.jpg;DSC_4694.jpg; DSC_4695.jpg;DSC_4696.jpg;DSC_4697.jpg;DSC_4698.jpg;DSC_4699.jpg; DSC_4700.jpg;DSC_4701.jpg;DSC_4702.jpg;DSC_4703.jpg;DSC_4704.jpg; DSC_4705.jpg;DSC_4709.jpg;DSC_4710.jpg;DSC_4711.jpg;DSC_4713.jpg; DSC_4716.jpg;DSC_4722.jpg;DSC_4723.jpg;DSC_4725.jpg;DSC_4727.jpg; DSC_4728.jpg;DSC_4731.jpg;DSC_4733.jpg;DSC_4735.jpg;DSC_4741.jpg; DSC_4743.jpg;DSC_4744.jpg;DSC_4746.jpg;DSC_4747.jpg;DSC_4748.jpg; DSC_4749.jpg;DSC_4750.jpg;DSC_4751.jpg;DSC_4752.jpg;DSC_4753.jpg; DSC_4758.jpg;DSC_4759.jpg;DSC_4760.jpg;DSC_4761.jpg;DSC_4762.jpg; DSC_4768.jpg;DSC_4769.jpg;DSC_4770.jpg;DSC_4773.jpg;DSC_4775.jpg; DSC_4776.jpg;DSC_4777.jpg;DSC_4778.jpg;DSC_4779.jpg;DSC_4780.jpg;

DSC_4781.jpg;DSC_4782.jpg;DSC_4783.jpg;DSC_4784.jpg;DSC_4786.jpg; DSC_4787.jpg;DSC_4788.jpg;DSC_4789.jpg;DSC_4790.jpg;DSC_4791.jpg; DSC_4792.jpg;DSC_4793.jpg;DSC_4795.jpg;DSC_4796.jpg;DSC_4797.jpg; DSC_4798.jpg;DSC_4799.jpg;DSC_4801.jpg;DSC_4803.jpg;DSC_4805.jpg; DSC_4806.jpg;DSC_4807.jpg;DSC_4808.jpg;DSC_4809.jpg;DSC_4810.jpg; DSC_4813.jpg;DSC_4814.jpg;DSC_4815.jpg;DSC_4816.jpg;DSC_4818.jpg; DSC_4819.jpg;DSC_4820.jpg;DSC_4823.jpg;DSC_4832.jpg;DSC_4834.jpg; DSC_4835.jpg;

- **Individual Photographs:** City_of_Boston_skyline_5531.jpg;Claiborne_Pell_Newport_Bridge_6981.jpg; Clouds_over_Atlanta_5066.jpg;Copley_Place_mall_building_aerial_8033.jpg; Country_Club_of_New_Canaan_golf_course_aerial_5139.jpg;Country_Club_ of_New_Canaan_golf_course_aerial_5141.jpg;Custom_House_Block_Boston_ 5308.jpg;Custom_House_Tower_Financial_District_Boston_aerial_7510.jpg; Dad_and_Gino_Nickys_img_20180818_142814598.jpg;Dad_boat_p8180732.j pg;Dad_boat_p8180753.jpg;DeKalb_County_Water_and_Sewer_ Plant_5019.jpg;Delta_Air_Lines_First_Class_img_20180819_175615691.jpg; Delta_Sky_Club_img_20180819_204946177_ll.jpg;Distrigas_of_Massachuset ts_Boston_aerial_8098.jpg;Dominion_Millstone_Power_Station_Waterford_C T_8318.jpg;Dorchester_Boston_neighborhood_real_estate_aerial_7422.jpg;Do wntown_Boston_dsc_7185.jpg;DSC_4385.jpg;DSC_4389.jpg;DSC_4391.jpg; DSC_4396.jpg;DSC_4398.jpg;DSC_4399.jpg;DSC_4400.jpg;DSC_4401.jpg; DSC_4402.jpg;DSC_4407.jpg;DSC_4408.jpg;DSC_4413.jpg;DSC_4421.jpg; DSC_4422.jpg;DSC_4423.jpg;DSC_4425.jpg;DSC_4430.jpg;DSC_4433.jpg; DSC_4434.jpg;DSC_4435.jpg;DSC_4443.jpg;DSC_4449.jpg;DSC_4452.jpg; DSC_4470.jpg;DSC_4484.jpg;DSC_4496.jpg;DSC_4497.jpg;DSC_4503.jpg; DSC_4505.jpg;DSC_4512.jpg;DSC_4513.jpg;DSC_4515.jpg;DSC_4516.jpg; DSC_4521.jpg;DSC_4522.jpg;DSC_4523.jpg;DSC_4524.jpg;DSC_4525.jpg; DSC_4529.jpg;DSC_4530.jpg;

- **Individual Photographs:** Boston_Downtown_Panorama_7526.jpg;Boston_Downtown_Panorama_7625. jpg;Boston_downtown_skyline_7917.jpg;Boston_Garden_arena_5469.jpg;Bos ton_Harbor_dsc_5296.jpg;Boston_Harbor_Tour_p8100276.jpg;Boston_Leathe r_District_aerial_7921.jpg;Boston_Logan_International_Airport_aerial_7495.j pg;Boston_Logan_International_Airport_Delta_terminal_aerial_7493.jpg;Bost on_MA_skyline_aerial_7554.jpg;Boston_Old_City_Hall_p8150475.jpg;Bosto n_Old_South_Meeting_House_p8150490.jpg;Boston_panorama_aerial_8120.j pg;Boston_Quincy_Market_p8150518.jpg;Boston_Skyline_at_Night_5745.jpg ;Boston_South_End_aerial_7939.jpg;Boston_Subway_dsc_5680.jpg;Brentwoo d_High_School_Islip_NY_aerial_5102.jpg;Bridgeport_Harbor_Generating_St ation_Bridgeport_aerial_5117.jpg;Brigham_and_Womens_Faulkner_Hospital_ building_aerial_8181.jpg;Burke_Rehabilitation_Hospital_aerial_8373.jpg;Bur ke_Rehabilitation_Hospital_aerial_8375.jpg;Burke_Rehabilitation_Hospital_c ampus_aerial_8372.jpg;Burroughs_Wharf_building_Boston_5488.jpg;Captree _Island_and_Oak_Beach_aerial_NY_5091.jpg;Charlestown_Navy_Yard_dry_ dock_20180815_093201850.jpg;Chart_House_Boston_5300.jpg;Church_of_C hrist_Scientist_building_Boston_7610.jpg;City_of_Boston_skyline_5514.jpg;

- **Individual Photographs:** 0314181125d.jpg;0314181125e.jpg;0314181228a.jpg;0314181228c.jpg;03141 81228d.jpg;0314181228e.jpg;Alleys_General_Store_mailboxes_Marthas_Vine yard_6036.jpg;Amtrak_Boston_img_20180814_184204583_hdr.jpg;ATL_airp ort_tarmac_runway_paving_machine_construction_8456.jpg;Atlanta_airport_t erminal_Delta_jet_8470.jpg;Atlantic_restaurant_Marthas_Vineyarsd_P812041 6.jpg;Back_Bay_Boston_aerial_real_estate_7888.jpg;Back_Bay_Boston_aerial _real_estate_8042.jpg;Battery_Wharf_Hotel_Boston_ Waterfront_5421.jpg;Beavertail_Lighthouse_Museum_6825.jpg;Beavertail_Li ghthouse_Museum_6831.jpg;Beavertail_Lighthouse_Museum_6848.jpg;Beave rtail_Lighthouse_Museum_6862.jpg;Belle_Haven_Greenwich_aerial_5191.jpg



;Belle_Haven_Greenwich_aerial_5194.jpg;Black_Rock_Bridgeport_CT_real_estate_aerial_5121.jpg;BMW_Performance_Center_aerial_Atlanta_5033.jpg;Boston_city_skyline_aerial_7642.jpg;Boston_Common_aerial_7539.jpg;Boston_Common_aerial_7634.jpg;Boston_Common_aerial_7910.jpg;Boston_Common_and_downtown_Boston_skyline_aerial_7636.jpg;Boston_Custom_House_5237.jpg;Boston_Custom_House_5240.jpg;

- **Individual Photographs:** _DSC8911.jpg;_DSC8914.jpg;_DSC8926.jpg;1_Nashua_Street_building_aerial_Boston_8082.jpg;10_Tremont_Street_building_Boston_5563.jpg;28_State_Street_aerial_Boston_7520.jpg;60_State_Street_building_Boston_5231.jpg;99_High_Street_Keystone_Building_Boston_7104.jpg;100_Cambridge_Street_building_Boston_5636.jpg;110_Green_Street_Canton_MA_mansion_estate_7388.jpg;110_Green_Street_Canton_MA_mansion_estate_7390.jpg;111_Huntington_Avenue_Boston_aerial_7570.jpg;119_Sumner_St_building_Boston_5410.jpg;125 Summer Street_building_Boston_7109.jpg;125_High_Street_building_aerial_Boston_7491.jpg;160_Commonwealth_Ave_Boston_aerial_Vendome_7654.jpg;177_Huntington_building_aerial_Boston_7977.jpg;177_Huntington_building_Boston_5694.jpg;500_Boylston_Street_building_aerial_Boston_8004.jpg;0314180039.jpg;0314180039a.jpg;0314180048.jpg;0314180048a.jpg;0314180057.jpg;0314180057a.jpg;0314180102a.jpg;0314180112.jpg;0314180112a.jpg;0314180112b.jpg;0314180112c.jpg;0314180114.jpg;0314180123.jpg;0314180123a.jpg;0314181033.jpg;0314181033a.jpg;0314181033b.jpg;0314181033c.jpg;0314181033d.jpg;0314181119.jpg;0314181119a.jpg;0314181119b.jpg;0314181120.jpg;0314181120a.jpg;0314181120b.jpg;0314181121.jpg;0314181121a.jpg;0314181121b.jpg;0314181121c.jpg;0314181121d.jpg;0314181121e.jpg;0314181121f.jpg;0314181122.jpg;0314181122a.jpg;0314181125.jpg;0314181125a.jpg;0314181125b.jpg;0314181125c.jpg;

- **Individual Photographs:** Waterfront_real_estate_260_Beavertail_Rd_Jamestown_RI_02835_6899.jpg;Waterfront_real_estate_260_Beavertail_Rd_Jamestown_RI_02835_6906.jpg;Waterfront_real_estate_Jamestown_RI_434_Beavertail_Rd_6886.jpg;West_Roxbury_Crushed_Stone_Co_open_pit_mine_aerial_Boston_8218.jpg;Weston_CT_real_estate_aerial_Held_Pond_5136.jpg;Westport_CT_luxury_real_estate_aerial_5134.jpg;_DSC8702.jpg;_DSC8703.jpg;_DSC8715.jpg;_DSC8719.jpg;_DSC8720.jpg;_DSC8722.jpg;_DSC8727.jpg;_DSC8728.jpg;_DSC8734.jpg;_DSC8736.jpg;_DSC8738.jpg;_DSC8740.jpg;_DSC8741.jpg;_DSC8743.jpg;_DSC8745.jpg;_DSC8746.jpg;_DSC8749.jpg;_DSC8750.jpg;_DSC8755.jpg;_DSC8759.jpg;_DSC8760.jpg;_DSC8763.jpg;_DSC8765.jpg;_DSC8766.jpg;_DSC8767.jpg;_DSC8770.jpg;_DSC8772.jpg;_DSC8774.jpg;_DSC8777.jpg;_DSC8778.jpg;_DSC8779.jpg;_DSC8780.jpg;_DSC8781.jpg;_DSC8782.jpg;_DSC8783.jpg;_DSC8786.jpg;_DSC8787.jpg;_DSC8789.jpg;_DSC8790.jpg;_DSC8791.jpg;_DSC8792.jpg;_DSC8794.jpg;_DSC8797.jpg;_DSC8798.jpg;_DSC8801.jpg;_DSC8802.jpg;_DSC8803.jpg;_DSC8804.jpg;_DSC8805.jpg;_DSC8806.jpg;_DSC8807.jpg;_DSC8808.jpg;_DSC8809.jpg;_DSC8810.jpg;_DSC8811.jpg;_DSC8815.jpg;_DSC8816.jpg;_DSC8817.jpg;_DSC8823.jpg;_DSC8826.jpg;_DSC8827.jpg;_DSC8829.jpg;_DSC8832.jpg;_DSC8836.jpg;_DSC8838.jpg;_DSC8839.jpg;_DSC8840.jpg;_DSC8843.jpg;_DSC8844.jpg;_DSC8855.jpg;_DSC8856.jpg;_DSC8869.jpg;_DSC8876.jpg;_DSC8877.jpg;_DSC8880.jpg;_DSC8881.jpg;_DSC8891.jpg;_DSC8896.jpg;_DSC8899.jpg;_DSC8907.jpg;_DSC8910.jpg;

- **Individual Photographs:** The_Charlotte_Inn_Marthas_Vineyard_P8120387.jpg;The_Exchange_Conference_Center_building_Boston_5368.jpg;The_Omni_Parkerhouse_Boston_img_20180814_224127239.jpg;The_Omni_Parkerhouse_Hotel_Boston_20180811_2657175.jpg;Toots_and_the_Maytals_dsc_6153.jpg;Toots_and_the_Maytals_dsc_6182.jpg;Toots_and_the_Maytals_dsc_6243.jpg;Tremont_On_The_Common_building_aerial_8052.jpg;Twenty_Two

Liberty_building_Boston_5325.jpg;Twenty_Two
Liberty_building_Boston_5335.jpg;USS_Constitution_7314.jpg;USS_Constitu
tion_Boston_dsc_7249.jpg;USS_Constitution_Boston_dsc_7268.jpg;USS_Con
stitution_Boston_dsc_7275.jpg;USS_Constitution_Boston_dsc_7341.jpg;USS_
Constitution_dsc_7288.jpg;USS_Constitution_dsc_7301.jpg;USS_Constitution
_dsc_7318.jpg;USS_Constitution_Museum_anchor_img_20180815_09291490
6_hdr.jpg;USS_Constitution_Museum_Boston_dsc_7241.jpg;USS_Constitutio
n_Museum_building_Boston_dsc_7369.jpg;USS_Constitution_Museum_dsc_
7368.jpg;USS_Constitution_original_hull_dsc_7273.jpg;USS_Constitution_Re
becca_dsc_7254.jpg;USS_Constitution_Rebecca_dsc_7331.jpg;USS_Constitut
ion_sleeping_deck_7277.jpg;USS_Constitution_War_Billethead_1906_7224.j
pg;USS_Constitution_War_Billethead_1906_7225.jpg;Waterfront_real_estate_
90_Battery_Ln_Jamestown_RI_02835_6931.jpg;

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** David Oppenheimer
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Oppenheimer
PO Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Name:** David Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Phone:** (828)515-4036
**Address:** PO Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Oppenheimer
**Date:** September 26, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.



Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VAu001373056
**Service Request #:**   1-8102661578



David Oppenheimer
PO Box 8105
Asheville, NC 28814 United States