# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David Oppenheimer

                Plaintiff,

v.

Travelsports Inc., et al.

                Defendant.

Case No.: 1:26–cv–00919

Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In light of Defendants' 4/27/26 deadline to respond to the complaint [7] [8] [9], the Court modifies the initial scheduling order [4] as follows: the parties' joint status report due is by 5/4/26, and the telephonic status hearing previously set for 4/14/26 is stricken and may be reset at a later date if appropriate. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.