**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| David Oppenheimer, | ) | Case No.: 1:26-cv-00919 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. LaShonda A. Hunt |
| | ) | |
| Travelsports, Inc., Gillson Park Partners, | ) | Magistrate: Hon. Beth W. Jantz |
| LLC dba Travelsports.com, and | ) | |
| Chrispher B. Pauly, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |
| | ) | |

**ANSWER**

Defendants Travelsports, Inc., Gillson Park Partners, and Christopher B. Pauly

(collectively "Defendants") hereby submit this answer to the Complaint as follows:

**NATURE OF THE ACTION**

1.  Defendants admit the allegations in paragraph 1 of the Complaint.

**THE PARTIES**

2.  Defendants are without knowledge as to the allegations in paragraph 2 of the Complaint and therefore deny the same.

3.  Defendants admit the allegations in paragraph 3 of the Complaint.

4.  Defendants admit the allegations in paragraph 4 of the Complaint.

5.  Defendants admit the allegations in paragraph 5 of the Complaint.

**JURISDICTION AND VENUE**

6.  Defendants admit the allegations in paragraph 6 of the Complaint.

7.  Defendants admit the allegations in paragraph 7 of the Complaint.

8.  Defendants admit the allegations in paragraph 8 of the Complaint.

1

## FACTUAL ALLEGATIONS

9. Defendants are without knowledge as to the allegations in paragraph 9 of the Complaint and therefore deny the same.

10. Defendants are without knowledge as to the allegations in paragraph 10 of the Complaint and therefore deny the same.

11. Defendants are without knowledge as to the allegations in paragraph 11 of the Complaint and therefore deny the same.

12. Defendants are without knowledge as to the allegations in paragraph 12 of the Complaint and therefore deny the same.

13. Defendants are without knowledge as to the allegations in paragraph 13 of the Complaint and therefore deny the same.

### Oppenheimer Creates, Registers, and Publishes the Photograph

14. Defendants are without knowledge as to the allegations in paragraph 14 of the Complaint and therefore deny the same.

15. Defendants are without knowledge as to the allegations in paragraph 15 of the Complaint and therefore deny the same.

16. Defendants are without knowledge as to the allegations in paragraph 16 of the Complaint and therefore deny the same.

17. Defendants are without knowledge as to the allegations in paragraph 17 of the Complaint and therefore deny the same.

18. Defendants are without knowledge as to the allegations in paragraph 18 of the Complaint and therefore deny the same.

19. Defendants are without knowledge as to the allegations in paragraph 19 of the Complaint

and therefore deny the same.

## Defendants Use the Photograph Without Authorization

20. Defendants admit that the Photograph was published at the URLs listed. Defendants are without knowledge as to the remaining allegations in paragraph 20 of the Complaint therefore deny the same.

21. Defendants are without knowledge as to the allegations in paragraph 21 of the Complaint and therefore deny the same.

22. Defendants admit that the Defendants published the Photograph at the URLs. Defendants are without knowledge as to the remaining allegations in paragraph 22 of the Complaint and therefore deny the same.

Oppenheimer Provides Notice of Copyright Infringement to Defendants

23. Defendants admit the allegations in paragraph 23 of the Complaint.

24. Defendants admit the allegations in paragraph 24 of the Complaint.

25. Defendants admit the allegations in paragraph 25 of the Complaint.

## FIRST CLAIM FOR RELIEF
### Copyright Infringement Under 17 U.S.C. § 501
### (Against All Defendants)

26. Defendants repeat and incorporate all responses in paragraphs 1-25 as if fully set forth herein.

27. Defendants are without knowledge as to the allegations in paragraph 27 of the Complaint and therefore deny the same.

28. Defendants admit that the Photograph was displayed at the URLs. Defendants are without knowledge as to the remaining allegations in paragraph 28 of the Complaint and therefore deny the same.

3

29. Defendants admit the allegations in paragraph 29 of the Complaint.

30. Defendants deny the allegations in paragraph 30 of the Complaint.

31. Defendants deny the allegations in paragraph 31 of the Complaint.

32. Defendants deny the allegations in paragraph 32 of the Complaint.

33. Defendants deny the allegations in paragraph 33 of the Complaint.

34. Defendants deny the allegations in paragraph 34 of the Complaint.

35. Defendants deny the allegations in paragraph 35 of the Complaint.

**SECOND CLAIM FOR RELIEF**
**Vicarious Copyright Infringement**
**(In the Alternative Against Pauly)**

36. Defendants repeat and incorporate all responses in paragraphs 1-35 as if fully set forth herein.

37. Defendants admit that Pauly is the founder, owner, and manager of Gillson and Travelsports. Defendants are without knowledge as to the remaining allegations in paragraph 37 of the Complaint and therefore deny the same.

38. Defendants are without knowledge as to the allegations in paragraph 38 of the Complaint and therefore deny the same.

**THIRD CLAIM FOR RELIEF**
**Contributory Copyright Infringement**
**(In the Alternative Against Pauly)**

39. Defendants repeat and incorporate all responses in paragraphs 1-35 as if fully set forth herein.

40. Defendants deny the allegations in paragraph 40 of the Complaint.

41. Defendants are without knowledge as to the allegations in paragraph 41 of the Complaint and therefore deny the same.

42. Defendants deny the allegations in paragraph 42 of the Complaint.

**FOURTH CLAIM FOR RELIEF**
**Violations of the DMCA Under Section 1202(b)**
**(Against All Defendants)**

43. Defendants repeat and incorporate all responses in paragraphs 1-25 as if fully set forth herein.

44. Defendants are without knowledge as to the allegations in paragraph 44 of the Complaint and therefore deny the same.

45. Defendants are without knowledge as to the allegations in paragraph 45 of the Complaint and therefore deny the same.

46. Defendants deny the allegations in paragraph 46 of the Complaint.

47. Defendants deny the allegations in paragraph 47 of the Complaint.

48. Defendants deny the allegations in paragraph 48 of the Complaint.

49. Defendants deny the allegations in paragraph 49 of the Complaint.

50. Defendants deny the allegations in paragraph 50 of the Complaint.

51. Defendants deny the allegations in paragraph 51 of the Complaint.

52. Defendants deny the allegations in paragraph 52 of the Complaint.

Wherefore Defendants request that all of Plaintiff's claims are denied.

**AFFIRMATIVE DEFENSES**

1. Upon information and belief Plaintiff's claims are barred by the statute of limitations. The alleged infringement occurred in 2022, and, upon information and belief, Plaintiff discovered, or should have discovered, Plaintiff's actions in 2022. Upon information and belief, Plaintiff filed this action more than three years after Plaintiff discovered the alleged infringement. Thus, Plaintiff's claims are barred.

5

2. Defendants' actions are protected under the doctrine of fair use pursuant to 17 U.S.C. § 107. Defendants' use of the images was for noncommercial and educational purposes and had no effect on the potential market or value of the image.

Dated this <u>April 27, 2026</u>                                   Respectfully submitted,

By:_____<u>/s/   Kevin Keener</u>_____
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
33 N. Dearborn Street, Suite #1000
Chicago, IL 60602
(312) 945-8540
kevin.keener@keenerlegal.com

6