**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Oppenheimer

          Plaintiff,

v.

Travelsports Inc., et al.

          Defendant.

Case No.: 1:26–cv–00919
Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 4, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint initial status report [12], the Court enters the following deadlines: (1) Rule 26(a)(1) initial disclosures to be provided by 5/11/26; (2) Initial written discovery to be issued by 6/8/26; (3) Amendment of pleadings and joinder of other parties by 7/13/26; and (4) Fact discovery to be completed by 12/21/26. The parties have proposed an expert discovery schedule, but that can be set at a later. This case is referred to the Magistrate Judge for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. The Court will consider a dispositive motion schedule after all discovery is completed. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.