**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Oppenheimer

                    Plaintiff,

v.                                                    Case No.: 1:26–cv–00919
                                                        Honorable LaShonda A. Hunt

Travelsports Inc., et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: discovery supervision and settlement conference.(mjc, )Mailed notice.

Dated: May 4, 2026

                                                    /s/ LaShonda A. Hunt

                                                    United States District Judge