## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

David Oppenheimer

                Plaintiff,

v.

                                    Case No.: 1:26–cv–00919
                                    Honorable LaShonda A. Hunt

Travelsports Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: The 8/3/2026 status hearing [15] is removed from the calendar. Instead, by 8/6/2026, the parties shall submit a joint status report addressing: (1) the status of fact discovery, and (2) whether the parties are interested in settlement talks. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.