**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Oppenheimer, <br><br> Plaintiff, <br><br> v. <br><br> Travelsports Inc., Gillson Park Partners, LLC, and Christopher B. Pauly, <br><br> Defendants. | Case No: 1:26-cv-00919 <br><br> Dist. Judge: Hon. LaShonda A. Hunt <br><br> Mag. Judge: Hon. Beth W. Jantz |

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated July 31, 2026 [Dkt. 16], Plaintiff David Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Travelsports Inc. ("Travelsports"), Gillson Park Partners, LLC ("Gillson"), and Christopher B. Pauly ("Pauly" and, together with Travelsports and Gillson, collectively, "Defendants"), submit this Joint Status Report:

1. **Discovery:**

   a. Travelsports served Plaintiff with initial written discovery requests.

   b. Plaintiff served Defendants with initial written discovery requests.

   c. All parties have responded to each other's initial written discovery requests.

   d. The parties envision potentially issuing additional written discovery requests.

   e. The parties may deem it appropriate to conduct depositions, based on responses to written discovery requests.

   f. The parties do not anticipate that expert discovery would be necessary.

   g. Plaintiff and Defendants both believe that there are some deficiencies with the other side's responses to their respective initial written discovery

requests and, if the parties cannot reach a resolution with respect to such perceived deficiencies, each party may elect to seek to compel supplemental production.

**2. Settlement Discussions:**

    a.  While the parties have exchanged some settlement offers, they still remain far apart in their settlement positions.

    b.  The parties remain open to the possibility of settlement. The parties will inform the court if they believe a settlement conference would be productive.

Dated: August 6, 2026

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| OPPENHEIMER | DEFENDANTS |
| By: /s/ *Ilya G. Zlatkin* | By: /s/ *Kevin Keener* |
| Ilya G. Zlatkin | Kevin J. Keener |
| ZLATKIN CANN ENTERTAINMENT | KEENER AND ASSOCIATES, P.C. |
| 4245 North Knox Avenue | 33 North Dearborn Street, Suite 1000 |
| Chicago, Illinois 60641 | Chicago, Illinois 60602 |
| Tel: (312) 809-8022 | Tel: (312) 945-8607 |
| ilya@zce.law | kevin.keener@keenerlegal.com |
| *Attorney for Plaintiff David Oppenheimer* | *Attorney for Defendants Travelsports Inc., Gillson Park Partners, LLC, and Christopher B. Pauly* |