**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Oppenheimer
Plaintiff,
v.
Case No.: 1:26−cv−00919
Honorable LaShonda A. Hunt
Travelsports Inc., et al.
Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' Joint Status Report (Dkt. [17]). The parties report that they have served written discovery requests and received the other side's responses, and that each side believes there are deficiencies in the other's responses. The parties are reminded that Local Rule 37.2 requires the parties to meet and confer via phone or video in good faith regarding any discovery disputes before raising them with the Court; email alone is not sufficient. Any further discovery requests must issue by 9/14/26. The parties shall call in for a telephonic status hearing on 12/17/26 at 9:30am, to discuss the status of discovery and any interest in settlement. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.